# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMIESON PICKENS and | § | |
| JENNIFER PICKENS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13cv655 |
| | § | (Judge Mazzant) |
| TEK-COLLECT INCORPORATED | § | |

## ORDER OF DISMISSAL

This case has been pending on this Court's docket since November 11, 2013. On January 14, 2015, the undersigned entered an Order directing Plaintiffs to file a Status Report informing the Court of the status of this case no later than January 26, 2015. The docket reflects that no Status Report was filed, as ordered.

A district court may dismiss an action for failure to prosecute or to comply with an order of the court. *See generally McCullough v. Lynaugh*, 835 F.2d 1126 (5th Cir. 1988); *Magnuson v. Electronic Data Systems Corp.*, 252 F.3d 436, 2001 WL 360841 (5th Cir. 2001); *Beard v. Experian Information Solutions Inc.*, 214 F. App'x 459 (5th Cir. 2007); Fed. R. Civ. P. 41(b). Plaintiffs failed to comply with an Order of the Court and failed to prosecute this action.

It is therefore **ORDERED** that Plaintiffs' case is hereby **DISMISSED** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**
SIGNED this 4th day of August, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE